**STATE of Missouri, Respondent,**

v.

**Corey DeWayne DAVIS, Appellant.**

**No. WD 61130.**

Missouri Court of Appeals,
Western District.

Feb. 18, 2003.

Nancy A. McKerrow, State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John Munson Morris, Joel Block, Attorney General Office, Jefferson City, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, Jr., Judge.

## ORDER

Corey DeWayne Davis appeals the circuit court's judgment convicting him, after a jury trial, of first-degree burglary, kidnapping, and domestic violence. We affirm. Rule 30.25(b).